**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-cv-10088

MASTER DOCKET

18-md-2865 (LAK)

### DECLARATION OF DUSTIN P. SMITH IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

I, Dustin P. Smith, declare as follows:

1.        I am Partner at the firm Hughes Hubbard & Reed LLP, attorneys for Plaintiff

Skatteforvaltningen ("SKAT") and submit this Declaration in support of SKAT's Motion to

Substitute Geraldine Anne Ouellette ("Ms. Ouellette") and Gregory F. Summers II ("Mr.

Summers"), as Personal Representatives for the Estate of Gregory Summers (the "Summers

Estate"), for the deceased Defendant Gregory Summers. I have personal knowledge of the matter

stated in this Declaration.

2.        On January 14, 2025, Ms. Ouellette and Mr. Summers filed a Probate Petition in

New Jersey with the Somerset County Surrogate's Court ("Surrogate's Court").  Attached as

Exhibit A is a true and correct copy of the Surrogate's Court Online Records page indicating that

Defendant Summers died on January 5, 2025, and a Probate Petition was filed on January 14,

2025.

3.        On January 30, 2025, the Surrogate's Court entered the last Will and Testament of

Defendant Summers into probate and issued Letters Testamentary to Ms. Ouellette and Mr.

Summers as the executors of the Summers Estate. Attached as Exhibit B is a true and correct copy of the Executor Certificate issued by the Surrogate's Court on February 4, 2025.

4.      SKAT was notified of Defendant Summers's passing through his counsel, John Hanamirian, in June 2025.

5.      SKAT has not yet received service of any statement noticing the death of Defendant Summers from counsel for Defendant Summers.

6.      On June 10, 2025, my firm communicated with Mr. Summers's counsel, John Hanamirian, who advised that Mr. Summers does not oppose SKAT's Motion to Substitute.

7.      On June 30, 2025, my firm communicated with Mr. Hanamirian and requested the appropriate contact information for Ms. Ouellette's counsel.

8.      On July 31, 2025, Mr. Hanimirian advised that prospective counsel for Ms. Ouellette was still confirming their engagement with this matter. To date, no counsel has appeared to act for Ms. Ouellette.

I, DUSTIN P. SMITH, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          September 2, 2025

                                        /s/ Dustin Smith
                                        Dustin P. Smith