UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to case no: 18-cv-10088

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25

### NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Dustin P. Smith dated September 2, 2025 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Geraldine Anne Ouellette and Gregory F. Summers II, as Personal Representatives of the Estate of Gregory Summers, for the deceased Defendant Gregory Summers in the case captioned *Skatteforvaltningen v. Acorn Capital Corporation Employee Profit Sharing Plan, et al.*, No. 18-cv-10088; and for such other and further relief as the Court deems just and proper.

*Granted on consent*

SO ORDERED.

_____
LEWIS A. KAPLAN, USDJ
9/3/25