USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION

18-md-2865 (LAK)

This paper applies to: 18-cv-10088

--------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court having been advised that the parties have settled this case, this action is **DISMISSED** with prejudice and without costs, *provided, however,* that plaintiff may reinstitute the case by filing, on or before December 22, 2026, a notice to that effect if the settlement has not be fully performed by that date.

SO ORDERED.

Dated: October 22, 2026

Lewis A. Kaplan
United States District Judge